UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ZANETTA COLLINS

    Plaintiff,
v.                                                                    CASE NO. 6:21-cv-142-Orl-28EJK

UNITED OF OMAHA LIFE INSURANCE
COMPANY, a Foreign Profit Corporation,
STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a
ROCKLEDGE REGIONAL MEDICAL CENTER,
a Foreign Profit Corporation, and
NORTH BREVARD CHILDREN'S MEDICAL
CENTER, P.A., a Florida Profit Corporation,

    Defendants.
_____/

**PLAINTIFF, ZANETTA COLLINS' FIRST AMENDED COMPLAINT**

Plaintiff, Zanetta Collins ("Plaintiff"), pursuant to the Court's Order dated February 16, 2021, hereby files this, her First Amended Complaint, and would allege as follows:

**PARTIES, JURISDICTION & VENUE**

1. This is a breach of contract cause of action seeking damages, and the amount at issue exceeds Seventy-Five Thousand and 00/100 Dollars ($75,000.00), exclusive of interest, costs and attorney's fees.

2. The Plaintiff, Zanetta Collins is an individual, who at all times material hereto, was the sole beneficiary and policyowner of a life insurance policy, was a resident of Brevard County and otherwise *sui juris*.

3. The Defendant, United of Omaha Life Insurance Company

(hereinafter "United of Omaha" or "Defendant") is a corporation formed under the laws of the state of Nebraska with its principal place of business in Omaha, Nebraska. United of Omaha sells insurance in Florida, as a lawfully authorized and registered foreign profit corporation as required by Florida Law.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) as Plaintiff and Defendant are of diverse citizenship and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5. Venue is proper in in the Middle District of Florida, Orlando Division as a substantial part of the events or omissions giving rise to the claim occurred in Brevard County, Florida, which is where the insurance policy was sold, delivered, and breached.

6. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## COUNT I
## BREACH OF CONTRACT – UNITED OF OMAHA

7. The Plaintiff reincorporates paragraphs 1 through 7 as if fully set forth herein.

8. At all times material hereto, and in consideration of a premium paid, there was in full force and effect a certain life insurance policy ("Policy") that provided coverage and payment of a death benefit in the event of the insured, Devyon Collins' death.

9. Under the terms of the Policy, United of Omaha agreed to provide insurance coverage and pay a death benefit of $100,000.00 to the Plaintiff in the event of the insured, Devyon Collins' death.

10. On June 17, 2020, and while the Policy was in full force and effect, the insured, Devyon Collins' was tragically murdered.

11. United of Omaha was duly notified of the insured, Devyon Collins' death.

12. As of the date of filing this lawsuit, United of Omaha has failed to duly issue payment of the death benefit to the Plaintiff for the covered event under the Policy.

13. United of Omaha had a duty to issue payment of the death benefit as soon as payment is known to be due and owing under any section or provision of the policy.

14. Notwithstanding the Plaintiff's substantial compliance with the material conditions to payment under the Policy, and/or United of Omaha's waiver thereof, United of Omaha refuses to perform its duty to issue payment as indicated.

15. United of Omaha's failure to issue payment constitutes a material breach of the Policy, and the Plaintiff has suffered, and will continue to suffer damages as a result thereof.

16. The Plaintiff has been obligated to retain the undersigned attorney for the prosecution of this action and is entitled to an award of reasonable attorney's

fees and costs pursuant to Fla. Stat. Secs. 627.428, or alternatively 626.9373, and 57.041.

WHEREFORE, the Plaintiff, pursuant to Fla. Stat. Secs. 57.041, 627.428, 626.9373, 627.70131, 55.03 and/or governing Florida Law, respectfully demands judgment be entered against United of Omaha and in the Plaintiff's favor as follows: full payment of damages that have been sustained as a result of the United of Omaha's breach of contract; an award for reasonable attorneys' fees and costs for obtaining a judgment, order or decree adverse to United of Omaha and/or in favor of the Plaintiff's rights under the Policy; payment of prejudgment and post-judgment interest; and/or any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable by a jury as a matter of law.

Dated: February 16, 2021        **CANNELLA LEGAL**
Attorneys for Plaintiff
350 SE 2nd St., No. 1920
Fort Lauderdale, FL 33301
(954) 372-2266 – Phone
(954) 827-0615 – Fax
Primary – service@cannellalegal.com
Secondary – paul@cannellalegal.com

By: _s/ Paul Cannella_
    **Paul Cannella**
    Florida Bar No: 090945

## CERTIFICATE OF SERVICE

I certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Paul Cannella*
Paul Cannella

## SERVICE LIST
*Collins v. United of Omaha, et al*
**Case No.: 6:21-cv-142-Orl-28EJK**

**Wendy L. Furman, Esq.**
McDOWELL HETHERINGTON LLP
Attorneys for United of Omaha
2385 N.W. Executive Center Drive., Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax
wendy.furman@mhllp.com